ACCEPTED
06-14-00085-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/6/2015 9:25:56 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00085-CV

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/6/2015 9:25:56 AM

DEBBIE AUTREY
Clerk

_____

$990.00 IN U.S. CURRENCY, GARMIN NUVI GPS, GARMIN LARGE SCREEN GPS, AND KD ANDROID COMPUTER TABLET, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 83660; HONORABLE WILLIAM H. HARRIS

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00085-CV

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

$990.00 IN U.S. CURRENCY, GARMIN NUVI GPS, GARMIN LARGE SCREEN GPS, AND KD ANDROID COMPUTER TABLET, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 83660; HONORABLE WILLIAM H. HARRIS

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of

2

Texas moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about January 7, 2015, the appellant filed his brief in the above-styled and numbered appellate cause. The appellee's (State's) brief is due on Friday, February 6, 2015. The State's first motion seeks an additional thirty (30) days in which to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. The cause number in the District Court was 83660.

## III.

The *pro se* appellant, Robert Daugherty, (Daugherty) filed a notice of appeal on or about October 15, 2014 in this Court. The District Clerk of Lamar County filed the Clerk's Record on or about October 16, 2014. The official court reporter filed the Reporter's Record on or about November 24, 2014.

The appellant, Daugherty, filed his brief on January 7, 2015.

## IV.

The present deadline for filing the appellee's (State's) brief is Friday,

February 6, 2015. This Court has not granted a previous extension to the appellee (State) in the above-styled and numbered appellate cause.

Since the filing of appellant's brief, counsel for the appellee (State) was preparing for separate hearings on January 9, 2015: a motion to suppress in cause number 25646 styled *The State of Texas v. Jose Guadalupe Zermeno* and a hearing on an out-of-state subpoena for Rosa McCarty. During the week of January 12th, counsel for the appellee (State) was preparing criminal cases for grand jury, which was being impaneled for a new term on Friday, January 16, 2015. During the week of January 12th, counsel for the appellee (State) was also preparing criminal cases for the January 20th docket for plea bargains and revocations.

In addition to the criminal dockets above, the Lamar County and District Attorney's Office was in a jury trial during the week of January 26, 2015 in cause number 25545 styled *The State of Texas v. Erica Fuller* in the 6th Judicial District Court of Lamar County. On January 29th, the trial judge granted a judgment notwithstanding the verdict, and counsel for the appellee (State) was preparing a Petition for Writ of Mandamus in cause number 06-15-00018-CR styled *In re State of Texas* in the Sixth Judicial District Court of Appeals at Texarkana. This Court of Appeals filed the Petition for Writ of Mandamus on or about January 3, 2015, and was awaiting

submission.

In addition to the petition for writ of mandamus, counsel for the appellee (State) was preparing a brief in cause number 06-14-00130-CR styled *Alvin Peter Henry, Jr. v. The State of Texas*; in the Sixth Judicial District Court of Appeals at Texarkana. That brief was filed on Monday, February 2, 2015, and was "at issue."

Due to these circumstances, counsel for the appellee (State) is unable to complete the intensive research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Friday, March 6, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Friday, March 6, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety

and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Friday, March 6, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
      Gary D. Young, County Attorney
      SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

## VERIFICATION

STATE OF TEXAS      §
                       §
COUNTY OF LAMAR    §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

> I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing First Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.



_____
Gary D. Young

SUBSCRIBED AND SWORN BEFORE ME on this 6th day of February, 2015.

_____
Notary Public
The State of Texas

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 6th day of February, 2015 upon the following:

       Robert Daugherty, #1238
       Lamar County Jail
       125BrownAve
       Paris, TX     75466

_____
GARY D. YOUNG